UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Harris

v.

Case No. 99-40164

Atnot-Royalston

RECEIPT

DOCKETED

Received of the Clerk, U.S. District Court, the following documents and/or exhibits in the above-entitled case:

Anonymous Package re: fingerprints

Name: Alan T Robillard
Address: RR 3 Box 110 N
Vineyard Haven MA 02568
Telephone: 508 693 5635

Date: 8/5/02

(exh&docs.rct - 09/96)

[rcpt.]
[krcpt.]

157