# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Harris,
       Plaintiff(s),

v.

Athol-Royalston,
       Defendant(s),

CIVIL ACTION

NO. 99-40164-NMG

## SETTLEMENT ORDER OF DISMISSAL

Gorton, D. J.

The Court having been advised on May 10, 2003 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

June 12, 2003
Date

/s/ Martin Castles
Deputy Clerk

(Dismsett.ord - 09/96)                      [stlmtodism.]